UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 24-CV-80528-ROSENBERG

HOWARD COHAN,

    Plaintiff,

v.

CORAL SPRINGS EATERY LLC, et al.,

    Defendants.

_____/

**ORDER CLOSING CASE**

This cause is before the Court on the Joint Stipulation for Dismissal with Prejudice at docket entry 17. In light of the fact that this case has been dismissed, it is

**ORDERED AND ADJUDGED**:

1.    The Clerk of the Court is instructed to **CLOSE THIS CASE**.

2.    All pending motions are **DENIED AS MOOT** and all deadlines are terminated.

**DONE and ORDERED** in Chambers, West Palm Beach, Florida, this 17th day of June, 2024.

_____
ROBIN L. ROSENBERG
UNITED STATES DISTRICT JUDGE

Copies furnished to Counsel of Record